**Melvin C. DODSON, Movant—
Appellant,**

**and**

**Larry E. Patterson; Elmo A. Reid, Jr.;
James R. Clark, Plaintiffs,**

v.

**Timothy M. KAINE, Governor of the State of Virginia, sued in his official and individual capacity; John W. Marshall, Secretary of Public Safety of Virginia, sued in his official and individual capacity; Helen F. Fahey, Chairperson of the Virginia Parole Board, sued in her official and individual capacity, Defendants,**

v.

**Derek T. Fritzinger, Movant.**

No. 10–7229.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2010.

Decided: Jan. 4, 2011.

Melvin C. Dodson, Appellant pro se.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin C. Dodson seeks to appeal the district court's order denying a Fed. R.Civ.P. 60(b) motion for reconsideration of its prior order adopting the magistrate judge's recommendation and dismissing a 42 U.S.C. § 1983 (2006) civil rights action. However, because Dodson was not a party to or an intervenor in the § 1983 action,[*] he lacks standing to challenge this order on appeal. *See Davis v. Scott,* 176 F.3d 805, 807–08 (4th Cir.1999). Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

[*] Dodson's motion to join the lawsuit was de-

fore the court and argument would not aid the decisional process.

*DISMISSED.*

nied as moot on March 11, 2010.